IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CITY OF RATON, a municipal corporation
and political subdivision of the State of
New Mexico,

       Plaintiff,

vs.                                                                                            No. CIV 08-0026 JB/WDS

ARKANSAS RIVER POWER AUTHORITY,
a public power corporation and political
subdivision of the State of Colorado,

       Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the parties' Stipulation for Dismissal with Prejudice, filed January 19, 2010 (Doc. 150), stipulating to the dismissal with prejudice of all pending claims and counterclaims. The Court now enters final judgment in this matter.

**IT IS ORDERED** that final judgment is entered and that all claims and counterclaims are dismissed with prejudice.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

*Counsel*:

Luis Stelzner
Nannette M. Winter
Sheehan, Sheehan & Stelzner, P.A.
Albuquerque, New Mexico

      *Attorneys for the Plaintiff*

Lynn H. Slade
Erin E. Langenwalter
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Albuquerque, New Mexico

-- and --

Craig N. Johnson
Fairfield and Woods PC
Denver, Colorado

    *Attorneys for the Defendant*